

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EMPOWER TEXANS, INC. AND MICHAEL QUINN SULLIVAN, | § | No. 08-20-00153-CV |
| | § | Appeal from the |
| Appellants, | § | 345th District Court |
| v. | § | of Travis County, Texas |
| TEXAS ETHICS COMMISSION, | § | (TC# D-1-GN-15-004455) |
| Appellee. | § | |
| | § | |

**O R D E R**

On the Court's own motion, and pursuant to Tex.R.App.P. 39.1, the Court finds that oral argument in the above styled and numbered cause would not materially aid in the disposition of this cause, therefore, this case is scheduled to be submitted **without** oral argument on May 20, 2021.

IT IS SO ORDERED this 12th day of May, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.